**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CODY WIRBICK, as an individual and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SUNDT CONSTRUCTION, INC., an Arizona corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 2:19-cv-02067-MCE-CKD<br><br>**ORDER STAYING DISCOVERY AND MOTION PRACTICE PENDING MEDIATION** |

Pursuant to the stipulation of the Parties presented to the Court on May 28, 2020 requesting that this Court stay this action pending mediation, and good cause appearing, it is hereby ordered:

1. All discovery and motion practice shall be stayed in its entirety through July 31, 2020.

2. The parties shall provide a status report to this Court no later than August 14, 2020. The status report shall provide, at a minimum, notice to the Court regarding the following:

    a. the status of settlement discussions;

    b. the status of discovery and any discovery disputes between the parties; and

    c. a proposed briefing schedule regarding the Motion to Certify a Class.

IT IS SO ORDERED.

Dated: June 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE